WAWD (Rev. 2/2018) IFP and Written Consent

FILED _____ LODGED
_____ RECEIVED

JAN 25 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### Western District of Washington

**Chlentzos-Williams Janet R.**

Plaintiff

vs.

**Square Inc**
**Bea Grow**

Defendant(s)

Case Number:

**3:21-cv-05069-RAJ**

**DECLARATION AND APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND WRITTEN CONSENT FOR
PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) _Janet Chlentzos-Williams_ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: _Financial Hardship_

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes  Total amount of net monthly salary (take home pay) $ _____

Name and address of employer _____

WENT ON DISABILITY

☒ No  Date of last employment _Feb 2000_ Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed? ☐ Not married  WIDOW – 2003

☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

Name and address of employer _____

☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

* I received $ 25 APPROX Increase OF

a. Business, profession or other self-employment _Social Security in 2021 ~ included in last year_

b. Income from rent, interest or dividends _monthly 2400.00_ $ _____

c. Pensions, annuities or life insurance payments _/ 23.82/230.00 =_ $ /12mo total=_____

d. Disability, unemployment, workers compensation or public assistance $ _32,697.84_

e. Gifts or inheritances $ _____

f. Money received from child support or alimony $ _____

g. Describe any other source of income _Stimulus 2371.00_ $ _1,800.00_

* Pensions – Social Jan – Dec 2020 2371.00 monthly

Page 1 of 2

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _0_    Checking Account $ _593.55_    Savings Account $ _200.00_
FOR MEDICATION

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes

☐ No

_Retirement Plan LISTED on Previous Page_ $ _363.82_
_Nestle Pension Monthly 123.82 - Prudential 230.00 Monthly_  MONTHLY
_CAR - ? TRUCK ?_

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes

☒ No

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

_Pinnacle Apple - 2.99 mo / AOL - 3.99 mo / CS-AOL 6.95 MO / Trash fee 20.00 MO_
_RENT 1429.00 MO / Plus utility 97.14MO (Varies) / GARAGE / Trash fee_
_MARINER Finance + 2019 + 2020/259.14 MO_  150.00 MO   20.00 per MO
_BECU 2020 XX APPROX 65-70 MO / Verizon 72.51_
_TPU ELECTricity 97.00 monthly / Brinks Security 55.04 / Amazon 28.00_
_Money tree OWE 318.55 / CareCredit 29.00 / CenturyLink 83.49_
_Vehicle Insurance monthly Ins Rent Ins 96.12 X Groceries 200-250 per MO_
$    + MISC

8. Provide any other information that will help explain why you cannot pay court fees and costs.

_I WAS Caring for my Cat Athena AND She needed fluids daily - medication + vet Bills AND tookout loans to care for her in 2019 + 2020 Mariner Finance + Becu 2020_
_I Lost her in March 2020 BECAUSE I WAS MAXED OUT in LOANS_

I declare under penalty of perjury that the foregoing is true and correct.

_1-14-2021_    _Janet Chlentzos-Williams_
**Executed on: (Date)**    **Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) _Janet Chlentzos-Williams_

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

_1-14-2021_    _Janet Chlentzos-Williams_
**Executed on: (Date)**    **Signature of Plaintiff**