**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

January 25, 2021

Janet Chlentzos–Williams
4901 FAIRWOOD BLVD NE APT 168
TACOMA, WA 98422

Your civil action *Chlentzos–Williams v. Square Inc et al* was filed in the U.S. District Clerk's office at Tacoma on January 25, 2021.

Your case has been assigned Case Number **3:21–cv–05069–RAJ,** and has been assigned to Judge Richard A. Jones, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file