UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANET CHLENTZOS-WILLIAMS,<br><br>      Plaintiff,<br><br> v.<br><br>SQUARE INC,<br><br>      Defendants. | Case No. C21-5069 RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915(a)(1) because plaintiff does not appear to have the funds available to afford the $402.00 Court filing fee. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

Dated this 11th day of February, 2021.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1