```
                              FILED _____ LODGED
                                        RECEIVED

                              JAN 25 2021

                               CLERK U.S. DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON AT TACOMA
                         BY                            DEPUTY
```

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    WESTERN DISTRICT OF WASHINGTON

7

8

9      *Janet Chlentzos-Williams*          CASE NO. **3:21-cv-05069-RAJ**

10                                   )      APPLICATION FOR COURT-
                            )              APPOINTED COUNSEL
11            Plaintiff(s)   )
                            )              Noted for Determination on:
12       vs.                )
        *Square Inc*          )            _____
13      *BeA Grow*            )            (Insert date of 3ʳᵈ Friday after filing)
                   Defendant(s) )
14                          )

15

16

17                              **MOTION**

18          Plaintiff respectfully requests that the Court appoint counsel to represent him/her.  This action

19   seeks relief under federal statutes protecting civil rights.  This is **not**, however, an employment

20   discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

21                              **FINANCIAL AFFIDAVIT**

22          Has this Court previously granted you leave to proceed <u>in forma pauperis</u>?  *No*  .  If such

23   was granted in a different case in this Court, please supply the case number.  _____.

24   (Please complete in full the attached Financial Affidavit.)

25

26

27

28   Application for Court-Appointed Counsel                                          1

1

**PREVIOUS EFFORTS TO RETAIN AN ATTORNEY**

2      Describe briefly the efforts you have already made to retain an attorney.  Indicate as accurately

3  as possible how many attorneys you have contacted, and over what period of time.  You need not

4  identify the specific attorneys, and should not indicate the reasons they declined to represent you.

5  *Called - Emailed Jessica Sharpley @*

6  *Federal Civil Rights Legal Clinic - Tacoma WA 10 zono*

7  *March 2019 & the I was experiencing leg problems*

8  *Emailed her again July 2020 Re: Elder Abuse*

9  *defination & was going to include mailing from 4 UARE*

10 *Robert Rose emailed* **MERITS OF CLAIM** *me on Sept 8, 2020*

11 *Household income too high ! Jessica Sharpley No Longer Employed*
   Has the Equal Employment Opportunity Commission, the Washington State Human Rights

12 Commission, or other state or federal agency officially determined whether there is reasonable cause

13 to believe that the allegations of your complaint are true?_____.  If so, please identify the

14 agency which made the finding, and the conclusion the agency reached. _____

15 _____

16 _____.

17      If there has been no such finding in your favor by a government agency, you may attach a brief

18 statement showing why your claim has merit.  Do not include exhibits or other evidence.  Your

19 statement is incorporated in this application and is subscribed under oath.

20                              **AFFIDAVIT OF SERVICE**

21      The following is a list of all other parties, and their respective attorneys, who have appeared or

22 answered in this action.

23          <u>PARTY</u>                                          <u>ATTORNEY</u>

24 _____          _____

25 _____          _____

26 _____          _____

27

28 Application for Court-Appointed Counsel                                    2

1   I have directed a copy of this entire Application, by mail or by personal service, to the attorney

2   for each such party.   *No*

3   I, _Janet Chlentzos-Williams_ plaintiff in this action, swear that I have read

4   this entire Application, including any attachments, and the Complaint.  In accordance with 28 U.S.C.

5   § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

6

7   Executed on this   _14_   day of _January, 2021_.

8

9

10

11   _Janet Chlentzos-Williams_

12   Signature of Plaintiff

13

14

15   Plaintiff's Name, Address and Telephone:

16   _Janet Chlentzos-Williams_

17   _4901 Fairwood Blvd NE Apt 168_

18   _Tacoma, WA. 98422_

19   _206-795-9026 Cell_

20

21

22

23

24

25

26

27   Application for Court-Appointed Counsel                                          3

28   Revised 11/03