AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Janet Chlentzos-Williams
*Plaintiff(s)*

v.

Square Inc
Bea Grow
*Defendant(s)*

Civil Action No. 3:21-CV-05069-RAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Square Inc
1455 Market Street Suite 600
San Francisco, CA. 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Chlentzos-Williams
4901 Fairwood Blvd NE APT 168
Tacoma, WA. 98422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 18, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Janet Chlentzos-Williams
*Plaintiff(s)*

v.

Square Inc
Bea Grow
*Defendant(s)*

Civil Action No. 3:21-cv-05069-RAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bea Grow
11 Juanita Court
Sequim, WA 98382-7700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Chlentzos-Williams
4901 Fairwood Blvd NE APT 168
Tacoma, WA 98422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Signature of Clerk or Deputy Clerk

Date: February 18, 2021

Janet Chlentzos-Williams
4901 Fairwood Blvd NE APT 68
Tacoma, WA 98422

TACOMA WA 983
OLYMPIA WA
17 FEB 2021 PM 3 L

Clerk, United States District Court
United States Courthouse
1717 Pacific Ave Room 3100
Tacoma, WA. 98402-3200

FILED
LODGED
RECEIVED
FEB 18 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

98402-320059