FILED ___ LODGE
___ RECEIVED

MAR 01 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEP

This is Copy — Enclosing originals you mailed me
I'm requesting the Clerks office serve Square Inc & Bea Grow

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ____

*originals — Summons * TO Square Inc. & Bea Grow

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* I recieved the above
was received by me on *(date)* from the Seattle, WA. Clerk
US District Court (Envelope **

☐ I personally served the summons on the individual at *(place)*
** Enclosing a copy of the on *(date)* envelope or Why?

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I haven't been a store for a year other than twice to get my haircut, urgent care & doctor visits protecting my health & Safety.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Sincerely,
Janet Calentzos-Williams

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

9842232135 0030

Janet Chlentzos-Williams
4901 FAIRWOOD BLVD NE APT 168
TACOMA, WA 98422

Feb 15, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

Janet Chlentzos-Williams
*Plaintiff(s)*

v.

Square Inc
Bea Grow
*Defendant(s)*

Civil Action No. 3:21-cv-05069-RAJ

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Square Inc
1455 Market Street Suite 600
San Francisco, CA. 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Chlentzos-Williams
4901 Fairwood Blvd NE APT 168
Tacoma, WA. 98422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 18, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Janet Chlentzos-Williams
*Plaintiff(s)*

v.

Square Inc
Bea Grow
*Defendant(s)*

Civil Action No. 3:21-cv-05069-RAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bea Grow
11 Juanita Court
Sequim, WA 98382-7700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Chlentzos-Williams
4901 Fairwood Blvd NE Apt 168
Tacoma, WA 98422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: February 18, 2021

Janette Challenter-Williams
4901 Fairwood Blvd NE APT 1C 8
Tacoma, WA. 98422

SEATTLE WA 980
27 FEB 2021 PM 3 L

Clerk United States District Court
United States Courthouse
1717 Pacific Ave Room 3100
Tacoma, WA. 98402-3200

FILED ____ LODGED
____ RECEIVED
MAR 01 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

98402-320099