Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET CHLENTZOS-WILLIAMS;<br><br>                    Plaintiff,<br><br>v.<br><br>SQUARE, INC. and BEA GROW;<br><br>                    Defendants. | Case No. 3:21-cv-05069-RAJ<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS |

This matter is before the Court on Defendant Square, Inc.'s ("Square") Motion to Dismiss for Lack of Subject Matter Jurisdiction or Alternatively for Failure to State a Claim (the "Motion"). Having considered the Motion, the Complaint, and all other relevant papers and pleadings on file with the court in this matter, IT IS HEREBY ORDERED that:

Square's Motion is GRANTED; the Complaint is dismissed WITH PREJUDICE.

DATED this _____ day of _____, 2021.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 1
Case No. 3:21-cv-05069-RAJ
505199493.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Presented By:

2  K&L Gates LLP

3  
4  By s/ Theodore J. Angelis
      Theodore J. Angelis, WSBA # 30300
   925 Fourth Ave., Suite 2900
5  Seattle, WA 98104-1158
   Phone: (206) 623-7580
6  Email: theo.angelis@klgates.com
   Attorneys for Defendant Square, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS - 2

Case No. 3:21-cv-05069-RAJ
505199493.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022