The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

JANET CHLENTZOS-WILLIAMS;

                              Plaintiff,

    v.

SQUARE, INC. and BEA GROW;

                            Defendants.

Case No. 3:21-cv-05069-RAJ

NOTICE OF APPEARANCE

**TO:**        **THE CLERK OF THE COURT;**

**AND TO:**    **All Parties of Record**

      YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Defendant Square, Inc., without waiving objections as to improper service or jurisdiction, enters this appearance in the above-entitled action by the undersigned attorney.

      DATED this 25th day of October, 2021.

K&L GATES LLP

By  *s/ Ruby A. Nagamine*
Ruby A. Nagamine, WSBA # 55620
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  ruby.nagamine@klgates.com
Attorneys for Defendant

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

<u>**CERTIFICATE OF ECF FILING AND SERVICE**</u>

I certify that on October 25, 2021, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered on ECF. I further arranged for the foregoing document to be mailed as follows:

>       Janet Chlentzos-Williams
>       4901 Fairwood Blvd NE
>       Apt. 168
>       Tacoma, Washington 98422

>       *s/ Ruby A. Nagamine*
>       Ruby A. Nagamine
>       K&L Gates LLP
>       925 Fourth Avenue, Suite 2900
>       Seattle, WA  98104
>       Phone:  (206) 623-7580
>       Fax:  (206) 623-7022
>       E-mail:  ruby.nagamine@klgates.com

NOTICE OF APPEARANCE - 2
Case No. 3:21-cv-05069-RAJ
505234318.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022