The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

JANET CHLANTZOS-WILLLIAMS
        Plaintiff,

vs.

SQUARE INC.

BEATRICE GROW

        Defendants

Civil Action No. 3:21-CV-05069-RAJ

JOINDER IN DEFENDANT SQUARE INC. MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR ALTERNATIVELY FOR FAILURE TO STATE A CLAIM

NOTE ON MOTION CALENDAR:
November 12, 2021

      COMES NOW, BEATRICE GROW and hereby joins in defendant Square Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction or Alternatively for Failure to State a Claim upon which release can be granted, and requests this Honorable Court dismiss this matter as to defendant Beatrice Grow.

Joinder in Motion to Dismiss  -- pg. 1

Civil Action No. 3:21-CV-05069-RAJ

As answered by Defendant Grow, Plaintiff's claims do not raise a cognizable federal question and Plaintiff and Defendant Grow are both Washington residents, therefore, there is no diversity of citizenship and this court does not have subject matter jurisdiction.

Furthermore, Plaintiff's claims fail to state a claim upon which relief can be granted by this court pursuant to Federal Rule of Civil Procedure, 12(b)(6), therefore this matter should be dismissed as to all defendants.

Defendant Grow adopts the analysis, legal arguments and relief requested in Defendant Square Inc.'s Motion.

Dated: 26th day of October, 2021         S/ William Payne
                                         William Payne, WSBA#38933
                                         Payne Law, PS
                                         PO Box 390
                                         Sequim, WA 98382
                                         Ph. (360) 683-7296
                                         Fax (360) 683-8437
                                         E-mail: info@plfps.com

Joinder in Motion to Dismiss -- pg. 2

Civil Action No. 3:21-CV-05069-RAJ

**CERTIFICATE OF ECF FILING AND SERVICE**

I certify that on October 26, 2021, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered on ECF. I further arranged for the foregoing document to be mailed as follows and emailed to the plaintiff as indicated:

>Janet Chlentzos-Williams
>4901 Fairwood Blvd NE
>Apt. 168
>Tacoma, Washington 98422
>E-mail to: jnt251@cs.com

>>S/ William Payne
>>William Payne, WSBA#38933
>>Payne Law, PS
>>PO Box 390
>>Sequim, WA 98382
>>Ph. (360) 683-7296
>>Fax (360) 683-8437
>>E-mail: info@plfps.com

Joinder in Motion to Dismiss  -- pg. 3

Civil Action No. 3:21-CV-05069-RAJ