The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET CHLANTZOS-WILLLIAMS<br>　　　　　Plaintiff,<br><br>vs.<br><br>SQUARE INC.<br><br>BEATRICE GROW<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:21-CV-05069-RAJ<br>)<br>) [PROPOSED] ORDER GRANTING<br>) MOTION TO DISMISS FOR LACK OF<br>) SUBJECT MATTER JURISDICTION OR<br>) ALTERNATIVELY FOR FAILURE TO<br>) STATE A CLAIM<br>) |

　　　This matter is before the Court on Defendant Square, Inc.'s ("Square") Motion to Dismiss for Lack of Subject Matter Jurisdiction or Alternatively for Failure to State a Claim (the "Motion"), and Defendant Beatrice Grow's joinder in that motion.  Having considered the Motion, the Complaint, and all other relevant papers and pleadings on file with the court in this matter, IT IS HEREBY ORDERED that: Square's Motion and Grow's Joinder in that Motion is GRANTED; the Complaint is dismissed WITH PREJUDICE as to both Defendants.

DATED this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE RICHARD A. JONES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Proposed Order Granting Motion to Dismiss  -- pg. 1

Civil Action No. 3:21-CV-05069-RAJ

Presented by:

Payne Law, PS
By s/ William Payne
William Payne, WSBA#38933
Payne Law, PS
PO Box 390
Sequim, WA 98382
Ph. (360) 683-7296
Fax (360) 683-8437
E-mail: info@plfps.com

Proposed Order Granting Motion to Dismiss -- pg. 2

Civil Action No. 3:21-CV-05069-RAJ

Proposed Order Granting Motion to Dismiss  -- pg. 3

Civil Action No. 3:21-CV-05069-RAJ