UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET CHLENTZOS-WILLIAMS, | CASE NO. 3:21-cv-05069-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SQUARE, INC.; and BEA GROW, | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 20, 2022, the Court issued an order (Dkt. No. 23) granting Defendants' motions to dismiss Plaintiff's claims (Dkt. Nos. 18, 20) and permitting Plaintiff thirty days to revive her claims by filing an amended complaint within that time.

(2) Plaintiff's time to amend her complaint expired on May 20, 2022. As of the date of this Order, Plaintiff has not filed an amended complaint or otherwise taken any action in this case since the Court's April 20 order.

(3) Accordingly, the case is DISMISSED without prejudice. The Clerk is DIRECTED to close the case.

Dated this 22nd day of June 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2