# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JANET CHLENTZOS-WILLIAMS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER. 3:21-cv-05069-TL |
| v. | |
| SQUARE, INC.; and BEA GROW, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated June 22, 2022.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk